# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

DALE C. CHRISTENSEN JR.
PARTNER
(212) 574-1589
christensen@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

September 9, 2015

VIA ECF AND EMAIL

Honorable Analisa Torres
United States District Court
U.S. Courthouse
500 Pearl Street, Room 15D
New York, New York 10007-1312

Re: APP Investment Opportunity LLC v.
U.S. Bank National Association, 15 Civ. 06666-AT

Dear Judge Torres:

We represent defendant U.S Bank National Association ("U.S. Bank") and respectfully request that U.S. Bank's time to answer or otherwise respond to the complaint be extended until October 13, 2015.

U.S. Bank's response to the Complaint in this action is currently due on or before September 15, 2015. No prior requests for an extension have been made to this Court. Plaintiff APP Investment Opportunity LLC has consented to this request.

We appreciate Your Honor's consideration of this request.

Respectfully yours,

Dale C. Christensen, Jr.

cc:   Dennis H. Hranitzky, Esq.
      (by email)