## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

DALE C. CHRISTENSEN JR.
PARTNER
(212) 574-1589
christensen@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

October 8, 2015

VIA ECF AND EMAIL

Honorable Analisa Torres
United States District Court
U.S. Courthouse
500 Pearl Street, Room 15D
New York, New York 10007-1312

   Re: APP Investment Opportunity LLC v.
      U.S. Bank National Association, 15 Civ. 06666-AT

Dear Judge Torres:

  We represent defendant U.S Bank National Association ("U.S. Bank") and respectfully request that U.S. Bank's time to answer or otherwise respond to the complaint be extended until November 10, 2015.

  U.S. Bank's response to the Complaint in this action is currently due on or before October 13, 2015. U.S. Bank has made one prior request for an extension to answer or otherwise respond to the Complaint, which was granted by the Court by Order dated September 10, 2015. Plaintiff APP Investment Opportunity LLC has consented to this request.

  We appreciate Your Honor's consideration of this request.

                Respectfully yours,

                /s/ Dale C. Christensen, Jr.

cc: Dennis H. Hranitzky, Esq.
   (by email)