UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APP INVESTMENT OPPORTUNITY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION<br><br>    Defendant. | 15-Civ-06666 (AT)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that U.S. Bancorp, a public corporation, is the corporate parent of Defendant U.S. Bank National Association and owns 100% of the U.S. Bank National Association's stock.

Dated: November 10, 2015

        Respectfully submitted,

        SEWARD & KISSEL LLP

        By:    /s/ Dale C. Christensen, Jr.
             Dale C. Christensen, Jr.
             Thomas Ross Hooper

        One Battery Park Plaza
        New York, New York 10004
        (212) 574-1589

        *Attorneys for Defendant U.S. Bank National Association*