UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APP INVESTMENT OPPORTUNITY LLC,<br><br>       Plaintiff,<br><br>  -against-<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>       Defendant. | 1:15-cv-06666 (AT)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendant U.S. Bank National Association in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

Dated: November 10, 2015
    New York, New York

                Seward & Kissel LLP

                By: /s/ Thomas Ross Hooper
                    Thomas Ross Hooper

                    One Battery Park Plaza
                    New York, New York 10004
                    hooper@sewkis.com
                    Telephone:  (212) 574-1507
                    Facsimile:  (212) 480-8421

*Attorneys for Defendant U.S. Bank National Association*