UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APP INVESTMENT OPPORTUNITY LLC,

                          Plaintiff,

          -against-

U.S. BANK NATIONAL ASSOCIATION,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2015
```

15 Civ. 6666 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for November 24, 2015 is RESCHEDULED to **3:15 p.m.** on **November 18, 2015**.  The parties shall submit their joint letter and proposed case management plan by **November 17, 2015**.

          SO ORDERED.

Dated: November 13, 2015
          New York, New York

                          _____
                          ANALISA TORRES
                          United States District Judge