```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/18/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APP INVESTMENT OPPORTUNITY LLC,

                Plaintiff,

-against-

U.S. BANK NATIONAL ASSOCIATION,

                Defendant.

15 Civ. 6666 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties having appeared before the Court on November 18, 2015, it is ORDERED that:

1. By **December 18, 2015**, Defendant shall file its motion for judgment on the pleadings;

2. By **January 15, 2016**, Plaintiff shall file its opposition; and

3. By **February 5, 2016**, Defendant shall reply.

SO ORDERED.

Dated: November 18, 2015
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge